IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01766-WYD-PAC

SHELLEY BURKE,

     Plaintiff(s),

v.

BRENT NITTMAN, in his individual capacity,

     Defendant(s).

**ORDER**

THIS MATTER is before the Court on Plaintiff's Status Report filed March 20, 2006.  On March 13, 2006, this Court granted Defendant's Motion to Stay All Proceedings Pending Determination of the Underlying State Personnel Board Proceedings and ordered Plaintiff to file a status report within thirty-days of receipt of any decision from the State Personnel Board.  Plaintiff now advises that the State Personnel Board has affirmed the decision of the ALJ in all respects, and that counsel for the State will not undertake any further appellate action and will comply with the Orders of the ALJ.  Upon review of the Status Report, it is hereby

ORDERED that the stay imposed in this case is **LIFTED**.  It is

FURTHER ORDERED that the parties shall contact Magistrate Judge Coan to request an adjustment to any of the deadlines contained in the Scheduling Order.

Dated:  March 23, 2006

                                          BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge