IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Civil Action No.:   05-cv-01766-WYD-CBS

SHELLEY BURKE,

    Plaintiff,

v.

BRENT NITTMAN,

    Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 1st day of October, 2008.

BY THE COURT:

s\ Wiley Y. Daniel
WILEY Y. DANIEL,
U. S. DISTRICT JUDGE